October 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KRISTOFER THOMAS KASTNER, Appellant

NO. 14-11-00445-CV            V.

THE KROGER CO., ANN POTTER AND MELINDA COOMBS, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, The Kroger Co., Ann Potter and Melinda Coombs, signed, May 6, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.